**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | No. 04 B 18350 |
| GAWLICKI & HUSSEY, INC., | ) | |
| | ) | Chapter 7 |
| | ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtor. | ) | Hearing Date: November 25, 2008 |
| | ) | Hearing Time: 9:30 a.m. |

**SCOTT & KRAUS, LLC'S APPLICATION FOR ALLOWANCE OF AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT FOR EXPENSES OF PROFESSIONALS**

Scott & Kraus, LLC ("S&K"), attorneys for Horace Fox, Jr., not individually, but solely as Chapter 7 Trustee for the Estate of Gawlicki & Hussey, Inc., ("Trustee"), submits this Application for Allowance of and Payment of Final Compensation and Reimbursement for Expenses of Professionals (the "Application") for approval of legal fees in the amount of $6,003.50, and reimbursement of expenses in the amount of $261.21 incurred from February 9, 2005 through October 24, 2008 (the "Relevant Period") pursuant to 11 U.S.C. § 331 and Bankruptcy Rule 2002 (a)(6). In support of this Application, S&K respectfully represents as follows:

As Trustee, the trustee and his counsel met regarding the background of this case, prepared an Application to Retain Counsel, an Application to Retain Accountant and an Application to Retain Auctioneer. The Trustee and his counsel prepared for and presented the necessary Applications, reviewed Debtors' accounts receivables, bank statements and confidentiality agreements, retained and met with the auctioneer, prepared materials and arranged for sale of the debt portfolio via live auction, attended the online auction of accounts receivables, and prepared this interim fee application.

Wherefore, Scott & Kraus, LLC requests approval of its fees in the amount of $6,003.50 and reimbursement of expenses in the amount of $261.21 incurred from February 9, 2005 through November 25, 2008.

**I.    Background**

1. On May 10, 2004 (the "Petition Date"), a Chapter 7 Involuntary Petition was filed against Gawlicki & Hussey, Inc. (the "Debtor").

2. The Trustee was appointed as the interim chapter 7 Trustee, and S&K began performing legal services on behalf of the Trustee on February 9, 2005.

**II.    Services Rendered by S&K**

**1.** This is S&K's interim request for an award of fees and reimbursement of expenses pursuant to the provisions of 11 U.S.C. §331. During the Relevant Period, the following attorneys and paralegals performed services in this case, at the rates and for the number of hours indicated as follows[1]:

| **Attorney** | **Hours** | **Hourly Rate** | **Amount** |
|---|---|---|---|
| E. Kraus | 1.0 | $250.00 | $250.00 |
| J. McArdle | 19.7 | $210.00 | $4,137.00 |
| J. McArdle | 2.9 | $240.00 | $696.00 |
| J. Sleezer | 2 | $185.00 | $370.00 |
| **Para-professional** | | | |
| K. Fearing | .1 | $135.00 | $13.50 |
| D. Bradley | 2.4 | $55.00 | $132.00 |
| P. Costello | 3 | $135.00 | $405.00 |
| **Total** | 32.1 | | $6,003.50 |

---

[1] It should be noted that S&K attorney, Sonia S. Kinra, also spent time performing services for the Trustee. S&K is not seeking reimbursement for this time. S&K is also only not seeking reimbursement for time James M. McArdle spent preparing and reviewing an unfiled interim fee application.

{00025807.DOC/v3/3118/002/11/5/2008 09:30 AM}        2

Eugene S. Kraus is a partner with Scott & Kraus, LLC, duly licensed to practice law in Illinois since November 10, 1989, and licensed to practice before the District Court of the Northern District of Illinois since December 20, 1989.

James M. McArdle is a former associate of Scott & Kraus, LLC, duly licensed to practice law in Illinois since May 10, 1990, and licensed to practice before the District Court of the Northern District of Illinois since December 5, 1990.

Jason R. Sleezer is an associate of Scott & Kraus, LLC, duly licensed to practice law in Illinois since May 5, 2005, and licensed to practice before the District Court of the Northern District of Illinois since May 19, 2005.

During the Relevant Period, S&K directed its efforts at increasing the value of the estate by preparing and presenting an Application to Retain Counsel, Application to Retain Accountant and Application to Retain Auctioneer, meeting with the auctioneer and arranging an online auction of the Debtor's debt portfolio.

S&K has been mindful of the need to avoid undue legal fees in this case and has taken all reasonable steps to provide cost-effective representation while rendering services with the highest degree of skill and professionalism.

S&K has endeavored to eliminate duplication of effort by giving primary responsibility of the case to one attorney as much as possible throughout the pendency of the case, while staffing other attorneys on an as-needed basis.

From February 9, 2005 through November 25, 2008, S&K professionals provided a total of 32.1 hours of legal services to the Trustee in this case. During the Relevant Period, S&K has provided services in the following four general categories: (1) Court Hearings (2) Motions and

Pleadings; (3) Case Administration; and (4) Fee Application Preparation. The amount of fees incurred with respect to each category is as follows:

| Category | Fees Incurred |
| --- | --- |
| Court Hearings | $462.00 |
| Motions and Pleadings | $1,422.00 |
| Case Administration | $3,749.50 |
| Fee Application | $370.00 |
| **TOTAL** | $6,003.50 |

Detailed descriptions of the tasks performed within these categories and the results therefrom are set forth below. Additionally, the exhibits attached hereto as Group Exhibit A set forth the itemization of the legal services rendered by S&K, describing such services according to the specific tasks performed and identifying: (a) the attorney or legal assistant who performed them; (b) the time taken to perform them; and (c) the dates on which the task was performed. S&K also seeks reimbursement of its expenses in this case in the amount of $261.21.

The legal services performed on behalf of the Trustee during the time period covered by this Application are as follows:

### A.   Court Hearings

During the Relevant Period, S&K expended 2.2 hours on legal services in connection with advancing the position of the Trustee on numerous matters before the Bankruptcy Court. These services included attending hearings and presenting Applications regarding the retention of counsel, the retention of accountant and retention of auctioneer. The following attorneys and staff were involved in these matters:

| Attorney | Hours | Hourly Rate | Amount |
| --- | --- | --- | --- |
| J. McArdle | 2.2 | $210.00 | $462.00 |
| **Total** | **2.2** | | **$462.00** |

### B. Motions and Pleadings

During the Relevant Period, S&K expended 6.6 hours on legal services in connection with preparing motions and pleadings matters before the Bankruptcy Court. These services included preparing applications and drafting orders related to the retention of counsel, the retention of accountant and retention of auctioneer. The following attorneys and staff were involved in these matters:

| Attorney | Hours | Hourly Rate | Amount |
|---|---|---|---|
| J. McArdle | 5.4 | $210.00 | $1,134.00 |
| J. McArdle | 1.2 | $240.00 | $288.00 |
| **Total** | **6.6** | | **$1,422.00** |

### C. Case Administration

During the Relevant Period, S&K devoted a total of 19.3 hours on legal services in connection with meeting with the Trustee, reviewing the docket, pleadings, Debtor's files, accounts receivables and bank statements in preparation for auction, preparation of service lists and filing. The following attorneys and staff were involved in these matters:

| Attorney | Hours | Hourly Rate | Amount |
|---|---|---|---|
| E. Kraus | 1.0 | $250.00 | $250.00 |
| J. McArdle | 12.1 | $210.00 | $2,541.00 |
| J. McArdle | 1.7 | $240.00 | $408.00 |
| **Para-Professional** | | | |
| K. Fearing | 0.1 | $135.00 | $13.50 |
| D. Bradley | 2.4 | $55.00 | $132.00 |
| P. Costello | 3 | $135.00 | $405.00 |
| **Total** | **19.3** | | **$3,749.50** |

### D. Fee Application

During the Relevant Period, S&K devoted a total of 2 hours of professional time in preparing its fee application. This time is inclusive of an estimated 1 hour for appearing before this Court to present this fee application. It is the Petitioner's opinion that this estimate is accurate. The following attorneys were involved in these matters:

| **Attorney** | **Hours** | **Hourly Rate** | **Amount** |
|---|---|---|---|
| J. Sleezer | 2 | $185.00 | $370.00 |
| **Total** | **2** | | **$370.00** |

**2.    Expenses**

S&K incurred out-of-pocket expenses in connection with its representation of the Trustee in this case.  Each expense was actually and necessarily required in the representation of the Trustee.  The itemization of expenses is as follows:

| | |
|---|---|
| Postage & Shipping | $126.21 |
| Reproduction  (1,370 copies x 10 cents) | $137.00 |
| **Total** | **$261.21** |

**3.    Notice**

Notice of this Application has been served on the Debtor, counsel for the Debtor, the U.S. Trustee and all parties in interest.  Copies were made available upon request.

WHEREFORE, S&K respectfully requests that this Court enter an Order:

A.    Granting this Application;

B.    Approving the fees incurred by S&K for its representation of the Trustee in the amount of $6,003.50 for professional services rendered to the Trustee from February 9, 2005 through November 25, 2008;

C.    Allowing payment to S&K in the amount of $261.21 for reimbursement of expenses incurred by S&K from February 9, 2005 through November 25, 2008;

D.    Granting S&K such other and further relief as this Court deems just and proper.

Dated:  November 5, 2008                                    SCOTT & KRAUS, L.L.C.


By:/s/ Jason R. Sleezer

Eugene S. Kraus (6201457)
Jason R. Sleezer (6285180)
Scott & Kraus, LLC
150 South Wacker Drive
Suite 2900
Chicago, IL 60606
(312) 327-1050
(312) 327-1051 fax