## **CERTIFICATE OF SERVICE**

I, Jason R. Sleezer, an attorney, certify that a copy of the **Notice of Hearing on Scott & Kraus, LLC's Application for Allowance of and Payment of Final Compensation and Reimbursement for Expenses of Professionals** was served upon the recipients indicated on the attached Service List by depositing a copy, postage prepaid, in the United States Mail mailbox at 150 South Wacker Drive, Chicago, Illinois, on November 5, 2008.

/s/ Jason R. Sleezer

# SERVICE LIST
*In re:Gawlicki & Hussey, Inc.*
*Case No 04 B 18350*

Gawlicki & Hussey, Inc.
4639 West 120th Street
Alsip, Illinois  60803
**Debtor**

L. Judson Todhunter
Defrees & Fiske
200 South Michigan Avenue
Suite 1100
Chicago, Illinois  60604-2480
**Representing Debtor**

Arleen Gawlicki
19324 Packer Road
Mokena, Illinois  60448
**Co-Debtor**

Loran Hussey
865 D'Amico Drive
Chicago Heights, Illinois  60411
**Co-Debtor**

Chicago Northeast Illinois District
Council of Carpenters Apprentice
12 East Erie Street
Chicago, IL  60611

Chicago District Council of Carpenters
Welfare Fund
12 East Erie Street
Chicago, IL  60611

Chicago District Council of Carpenters
Pension Fund
12 East Erie Street
Chicago, IL  60611

Scalambrino & Arnoff
33 North LaSalle Street
Suite 1210
Chicago, IL  60602

William T. Neary
Office of the United States Trustee
227 West Monroe Street
Suite 3350
Chicago, IL  60606

GMAC
P.O. Box 217060
Auburn Hills, Michigan 48321

Internal Revenue
C Freeman
3615 Park Drive
Building 6
Olympia Fields, Illinois  60461

American Express Credit Line
American Express Business Capt. Line
P.O. Box 360002
Fort Lauderdale, Florida  33336

Amer Optima/American Express
P.O. Box 360002
Fort Lauderdale, Florida  33336

Beatty
Beatty Lumber Co.
9537 S. 52nd Avenue
Oak Lawn, IL  60453

Blue Cross/Shield
Blue Cross Blue Shield
P.O. Box 1186
Chicago, IL  60690-1186

Cellular One
Cingular Wireless
P.O. Box 806055
Chicago, IL  60680-6055

2

{00070598.DOC/v1/3118/002/11/4/2008 02:36 PM}

Chg. Dis. Benefit Fund
Dng. Dis. Council of Carpentry Benefit
12 East Erie
Chicago, Illinois  60611

Country Companies Country Mutual
Insurance
Tom Geraghty
P.O. Box 2100
Bloomington, IL  61702-2100

Emro
Emro Marketing Company
P.O. Box 1590
Springfield, Ohio  45501

Erickson's Flooring & Supply
Ralph Sharp
1013 Orchard
Ferndale, Michigan  48220

Federal Express
P.O. Box 1140
Memphis, Tennessee  38101-1140

Home Depot
P.O. Box 6029
The Lakes, Nevada  88901-6029

Hunter Hardwoods
4639 West 120th Street
Alsip, IL  60803

Illinois State Tollway Highway
Authority
135 South LaSalle Street
Department 8021
Chicago, IL  60674-8021

Merle B. Smith
Merle B. Smith Company
161 Tower Drive
Unit B
Hinsdale, Illinois  60521-5776

Michael A. Tunney & Associates
8000 West 159th Street
Suite 2 South
Orland Park, Illinois  60462

Mike Foley
Foley & Foley
9644 South Hamilton
Chicago, IL  60643

Miller Cooper/Miller Cooper & Co.
Jim Stevenson
650 Dundee Road
Suite 250
Northbrook, IL  60062-2759

NICOR
P.O. Box 416
Aurora, Illinois  60507-0310

Pick's
119 Westwood Drive
Park Forest, Illinois  60466

Pitney Bowes
P.O. Box 856042
Louisville, Kentucky 40285-6042

Pitney Bowes Credit
P.O. Box 856460
Louisville, Kentucky  40285-6042

Shell Oil Company
P.O. Box 9016
Des Moines, Iowa  50368-9016

U.S. Bank
P.O. Box 790408
St. Louis, Missouri  63179-0408

Walsh Tile Co.
7968 South Madison Street
Hinsdale, Illinois  60521

3

{00070598.DOC/v1/3118/002/11/4/2008 02:36 PM}

Michael C. Whelan
770 Lee Street, #202
Des Plaines, IL  600


Horace Fox

Lehman & Fox
6 E Monroe St.
Chicago, IL 60603

5