**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 04-18350 |
| | § | |
| Gawlicki & Hussey, Inc. | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/10/2004. The undersigned trustee was appointed on 06/10/2004.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $25,072.59

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $8,285.02 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $16,787.57 |

   The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rate to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/27/2005 and the deadline for filing government claims was 01/27/2005. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,257.26. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $3,209.57 as interim compensation and now requests the sum of $47.69, for a total compensation of $3,257.26[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/21/2011                        By:  /s/ Horace Fox, Jr.
                                             Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher that the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit A

| Case No.: | 04-18350 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GAWLICKI & HUSSEY, INC., | | Date Filed (f) or Converted (c): | 05/10/2004 (f) |
| For the Period Ending: | 2/21/2011 | | §341(a) Meeting Date: | 09/21/2004 |
| | | | Claims Bar Date: | 01/27/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1   VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| 2   computer | $50.00 | $50.00 | OA | $0.00 | FA |
| 3   receivables due from floor jobs/partially abandoned by order of 8.13.08 | $193,879.22 | $193,879.22 | | $24,578.88 | FA |
| 4   VOID | $0.00 | $0.00 | | $0.00 | FA |
| 5   office equipment | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** scheduled at zero | | | | | |
| 6   machinery and equipment/ abandoned order of 3.3.05 | $2,040.00 | $1,000.00 | OA | $0.00 | FA |
| **Asset Notes:** 5 compressors @ 250 each, 3 miter saws $150.00 1 Dewalt miter saw 100, 7 floor nailers___ 2 staplers 150.00, 1 pwr nailer $50.00, 4 file cabs 30.00, 10" table saw 100.00,2 Mikata table saws, 125.00,2 pwr top nailers, 50.001 framing nailer 35.00, 1 computer 2 desks, the equipment was old. Cost of moving was more than the value. | | | | | |
| 7   2003 Chevy Van | $10,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** order of 3.3.05 | | | | | |
| 8   Chevy Astro 2002 | $10,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** order of 3.3.05 | | | | | |
| 9   chevy venture 2001 | $5,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** order of 3.3.05 | | | | | |
| INT   Interest Asset | Unknown | Unknown | | $493.71 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$220,969.22     $194,929.22     $25,072.59     $0.00

**Major Activities affecting case closing:**

     Collection of assets continues. Got order to retain auctioneer to auction debt on-line and live auction and to spend up to $5,000.00 as expenses. receivables have been offered several times, fetching no acceptable price, Since the fall of 2006.

| 04/15/2008 | Object to claim 12, status 5.13.08. |
|---|---|
| 09/07/2008 | motion to abandon receivables set 7.22.08. Order entered abandoning a/r. Ask acct to file taxes and set motions for fees for 11.25.08 status. |
| 11/25/2008 | Cont to 2.11.9 10:00 am need acct taxes and time. Prepare final report informed S &K of need to obj to dup claims 10 and 11. |
| 02/12/2009 | Emailed Lois West forms 1 and 2. |

Case 04-18350 Doc 66 Filed 02/23/11 Entered 02/23/11 16:18:30 Desc Main
Document Page 4 of 19

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2     Exhibit A

| Case No.: | 04-18350 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GAWLICKI & HUSSEY, INC., | | | Date Filed (f) or Converted (c): | 05/10/2004 (f) |
| For the Period Ending: | 2/21/2011 | | | §341(a) Meeting Date: | 09/21/2004 |
| | | | | Claims Bar Date: | 01/27/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | |
|---|---|
| 02/17/2009 | Status 2.18.09. Objections to be filed shortly thereafter. Taxes ready 2.20.09 |
| 05/20/2009 | E-mailed final report to UST 5.6.09. Last claim objection ruled on 4.29.09 |
| 10/12/2009 | Status 6.3.09. |

10.03.10

Look at multiple IRS claims and objections, distribution report and notice fr.

Check status final report with UST. Reviewed amended final report on new forms incorporating 10.1.10 changes. Correct accountant fee. 11.11.10

**Initial Projected Date Of Final Report (TFR):**    12/31/2006      **Current Projected Date Of Final Report (TFR):**    04/30/2010

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-18350 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GAWLICKI & HUSSEY, INC., | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******3362 | | Money Market Acct #: | ******8110 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 5/10/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/21/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/18/2004 | (3) | KNICKERBOCKER ROOFING & PAVING CO., | Knickerbocker roof | 1221-000 | $2,000.00 | | $2,000.00 |
| 06/18/2004 | (3) | DELAURA, INC | | 1221-000 | $1,175.00 | | $3,175.00 |
| 06/30/2004 | (INT) | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | $0.05 | | $3,175.05 |
| 07/21/2004 | (3) | WILSHIRE DEV. CORP. | | 1221-000 | $5,827.50 | | $9,002.55 |
| 07/21/2004 | (3) | WILSHIRE DEV. CORP. | | 1221-000 | $886.00 | | $9,888.55 |
| 07/21/2004 | (3) | WAYVAN, INC. | | 1221-000 | $2,834.00 | | $12,722.55 |
| 07/21/2004 | (3) | KRUPP CM, INC. | | 1221-000 | $2,100.75 | | $14,823.30 |
| 07/21/2004 | (3) | FOREST GATE INC. | | 1221-000 | $5,307.00 | | $20,130.30 |
| 07/30/2004 | (INT) | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | $0.54 | | $20,130.84 |
| 08/31/2004 | (INT) | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | $1.71 | | $20,132.55 |
| 09/30/2004 | (INT) | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | $1.65 | | $20,134.20 |
| 10/11/2004 | (3) | C T & T | 602 N. Garfield/RW Christian Inc. | 1241-000 | $4,264.43 | | $24,398.63 |
| 10/11/2004 | (3) | COX CONTRUCTION CO., INC. | Sharp floors | 1241-000 | $184.20 | | $24,582.83 |
| 10/29/2004 | (INT) | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | $1.92 | | $24,584.75 |
| 11/30/2004 | (INT) | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | $2.02 | | $24,586.77 |
| 12/31/2004 | (INT) | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | $2.08 | | $24,588.85 |
| 01/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | $2.09 | | $24,590.94 |
| 02/18/2005 | 101 | INTERNATIONAL SURETIES LTD | bond premium | 2300-000 | | $17.96 | $24,572.98 |
| 02/18/2005 | 101 | Reverses Check # 101 | bond premium | 2300-003 | | ($17.96) | $24,590.94 |
| 02/28/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $4.72 | | $24,595.66 |
| 03/24/2005 | 102 | INTERNATIONAL SURETIES LTD | bond payment | 2300-000 | | $18.31 | $24,577.35 |
| 03/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $5.22 | | $24,582.57 |
| 04/05/2005 | 103 | HORACE FOX, JR. | interim trustee fees | 2100-000 | | $3,209.57 | $21,373.00 |
| 04/29/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $4.76 | | $21,377.76 |
| 05/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $4.55 | | $21,382.31 |
| 06/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $4.39 | | $21,386.70 |
| 07/29/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $4.54 | | $21,391.24 |
| | | | **SUBTOTALS** | | $24,619.12 | $3,227.88 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-18350 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GAWLICKI & HUSSEY, INC., | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******3362 | | Money Market Acct #: | ******8110 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 5/10/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/21/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $10.90 | | $21,402.14 |
| 09/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $10.55 | | $21,412.69 |
| 10/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $10.91 | | $21,423.60 |
| 11/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $10.57 | | $21,434.17 |
| 12/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $10.92 | | $21,445.09 |
| 01/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $10.93 | | $21,456.02 |
| 02/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $15.28 | | $21,471.30 |
| 03/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $18.24 | | $21,489.54 |
| 04/27/2006 | 104 | INTERNATIONAL SURITIES, LTD | bond premium | 2300-000 | | $16.40 | $21,473.14 |
| 04/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $17.66 | | $21,490.80 |
| 05/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $18.26 | | $21,509.06 |
| 06/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $17.68 | | $21,526.74 |
| 07/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $18.28 | | $21,545.02 |
| 07/31/2006 | 105 | COLLECTION INDUSTRY.COM | auctioneer expensesfor internet and live auction sale of debt | 3620-000 | | $5,000.00 | $16,545.02 |
| 08/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $15.42 | | $16,560.44 |
| 09/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.61 | | $16,574.05 |
| 10/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $14.08 | | $16,588.13 |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.63 | | $16,601.76 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $14.09 | | $16,615.85 |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $14.12 | | $16,629.97 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $12.76 | | $16,642.73 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $14.13 | | $16,656.86 |
| 04/03/2007 | 106 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 | | $13.22 | $16,643.64 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.69 | | $16,657.33 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $14.15 | | $16,671.48 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.70 | | $16,685.18 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $14.18 | | $16,699.36 |
| | | | **SUBTOTALS** | | $337.74 | $5,029.62 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 04-18350 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GAWLICKI & HUSSEY, INC., | | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******3362 | | | Money Market Acct #: | ******8110 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 5/10/2004 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/21/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $14.18 | | $16,713.54 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $10.64 | | $16,724.18 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $10.66 | | $16,734.84 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $2.09 | | $16,736.93 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $16,736.93 | $0.00 |

| | | | |
|---|---|---|---|
| TOTALS: | | $24,994.43 | $24,994.43 | $0.00 |
| Less: Bank transfers/CDs | | $0.00 | $16,736.93 | |
| Subtotal | | $24,994.43 | $8,257.50 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $24,994.43 | $8,257.50 | |

| For the period of 5/10/2004 to 2/21/2011 | | For the entire history of the account between 06/18/2004 to 2/21/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $24,994.43 | Total Compensable Receipts: | $24,994.43 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,994.43 | Total Comp/Non Comp Receipts: | $24,994.43 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,257.50 | Total Compensable Disbursements: | $8,257.50 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,257.50 | Total Comp/Non Comp Disbursements: | $8,257.50 |
| Total Internal/Transfer Disbursements: | $16,736.93 | Total Internal/Transfer Disbursements: | $16,736.93 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 04-18350 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GAWLICKI & HUSSEY, INC., | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******3362 | | | Checking Acct #: | ******8350 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 5/10/2004 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/21/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From MMA # ******8350 | Transfer For Bond Payment | 9999-000 | $15.33 | | $15.33 |
| 04/02/2008 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $15.33 | $0.00 |
| 04/02/2009 | | Transfer From MMA # ******8350 | Transfer For Bond Payment | 9999-000 | $12.19 | | $12.19 |
| 04/02/2009 | | Transfer From MMA # ******8350 | Transfer For Bond Payment | 9999-000 | $12.19 | | $24.38 |
| 04/02/2009 | | Transfer To Acct#******8350 | | 9999-000 | | $12.19 | $12.19 |
| 04/02/2009 | 2002 | International Sureties, LTD. | Bond Payment | 2300-000 | | $12.19 | $0.00 |
| 04/02/2009 | 2002 | VOID: International Sureties, LTD. | | 2300-003 | | ($12.19) | $12.19 |
| 04/02/2009 | 2003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $12.19 | $0.00 |
| 05/20/2009 | | Transfer From: MMA # ******8350 | Transfer to Close Account | 9999-000 | $16,788.01 | | $16,788.01 |
| 05/21/2009 | | Transfer To Acct#******8350 | | 9999-000 | | $0.44 | $16,787.57 |
| | | | TOTALS: | | $16,827.72 | $40.15 | $16,787.57 |
| | | | Less: Bank transfers/CDs | | $16,827.72 | $12.63 | |
| | | | Subtotal | | $0.00 | $27.52 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $27.52 | |

| For the period of 5/10/2004 to 2/21/2011 | | For the entire history of the account between 03/31/2008 to 2/21/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $16,827.72 | Total Internal/Transfer Receipts: | $16,827.72 |
| Total Compensable Disbursements: | $27.52 | Total Compensable Disbursements: | $27.52 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27.52 | Total Comp/Non Comp Disbursements: | $27.52 |
| Total Internal/Transfer Disbursements: | $12.63 | Total Internal/Transfer Disbursements: | $12.63 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 04-18350 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GAWLICKI & HUSSEY, INC., | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******3362 | | | Money Market Acct #: | ******8350 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MMA |
| For Period Beginning: | 5/10/2004 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/21/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $16,736.93 | | $16,736.93 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $6.33 | | $16,743.26 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $8.53 | | $16,751.79 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $8.10 | | $16,759.89 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $6.64 | | $16,766.53 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $6.51 | | $16,773.04 |
| 04/02/2008 | | Transfer To # ******8350 | Transfer For Bond Payment | 9999-000 | | $15.33 | $16,757.71 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $5.49 | | $16,763.20 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $5.68 | | $16,768.88 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $5.50 | | $16,774.38 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $5.27 | | $16,779.65 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $4.26 | | $16,783.91 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $4.13 | | $16,788.04 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $3.26 | | $16,791.30 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.16 | | $16,793.46 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.79 | | $16,795.25 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.43 | | $16,796.68 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.29 | | $16,797.97 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.10 | | $16,799.07 |
| 04/02/2009 | | Transfer From Acct#******8350 | | 9999-000 | $12.19 | | $16,811.26 |
| 04/02/2009 | | Transfer To # ******8350 | Transfer For Bond Payment | 9999-000 | | $12.19 | $16,799.07 |
| 04/02/2009 | | Transfer To # ******8350 | Transfer For Bond Payment | 9999-000 | | $12.19 | $16,786.88 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.69 | | $16,787.57 |
| 05/20/2009 | (INT) | STERLING BANK | Account Closing Interest As Of 5/20/2009 | 1270-000 | $0.44 | | $16,788.01 |
| 05/20/2009 | | Transfer To: # ******8350 | Transfer to Close Account | 9999-000 | | $16,788.01 | $0.00 |
| 05/21/2009 | | Transfer From Acct#******8350 | | 9999-000 | $0.44 | | $0.44 |
| 05/21/2009 | | DEP REVERSE: STERLING BANK | | 1270-000 | ($0.44) | | $0.00 |
| | | | | **SUBTOTALS** | $16,827.72 | $16,827.72 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6   Exhibit B

| Case No. | 04-18350 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | GAWLICKI & HUSSEY, INC., | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******3362 | Money Market Acct #: | ******8350 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 5/10/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/21/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $16,827.72 | $16,827.72 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $16,749.56 | $16,827.72 | |
| | | | **Subtotal** | | $78.16 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $78.16 | $0.00 | |

**For the period of 5/10/2004 to 2/21/2011**

| | |
|---|---|
| Total Compensable Receipts: | $78.16 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $78.16 |
| Total Internal/Transfer Receipts: | $16,749.56 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $16,827.72 |

**For the entire history of the account between 11/08/2007 to 2/21/2011**

| | |
|---|---|
| Total Compensable Receipts: | $78.16 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $78.16 |
| Total Internal/Transfer Receipts: | $16,749.56 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $16,827.72 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 04-18350 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GAWLICKI & HUSSEY, INC., | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******3362 | | Money Market Acct #: | ******8350 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 5/10/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/21/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $25,072.59 | $8,285.02 | $16,787.57 |

**For the period of 5/10/2004 to 2/21/2011**

| | |
|---|---|
| Total Compensable Receipts: | $25,072.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,072.59 |
| Total Internal/Transfer Receipts: | $33,577.28 |
| | |
| Total Compensable Disbursements: | $8,285.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,285.02 |
| Total Internal/Transfer Disbursements: | $33,577.28 |

**For the entire history of the case between 05/10/2004 to 2/21/2011**

| | |
|---|---|
| Total Compensable Receipts: | $25,072.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,072.59 |
| Total Internal/Transfer Receipts: | $33,577.28 |
| | |
| Total Compensable Disbursements: | $8,285.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,285.02 |
| Total Internal/Transfer Disbursements: | $33,577.28 |

CLAIM ANALYSIS REPORT

Page No: 1    Exhibit C

| Case No. | 04-18350 | | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | GAWLICKI & HUSSEY, INC., | | | | | | | | Date: | 2/21/2011 |
| Claims Bar Date: | 01/27/2005 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | POPOWCER KATTEN, LTD. 35 E. Wacker, #1550 Chicago IL 60601-2207 | 11/22/2008 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $2,623.00 | $2,623.00 | $0.00 | $0.00 | $0.00 | $2,623.00 |
| | SCOTT & KRAUS LLC 150 S. Wacker Dr.#2900 Chicago IL 60606 | 11/22/2008 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $6,003.50 | $6,003.50 | $0.00 | $0.00 | $0.00 | $6,003.50 |
| | HORACE FOX, JR. 6 East Monroe Suite 1004 Chicago IL 60603 | 05/05/2009 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,257.26 | $3,257.26 | $3,209.57 | $0.00 | $0.00 | $47.69 |
| **Claim Notes:** | previously paid, 3209.57 | | | | | | | | | | | |
| | POPOWCER KATTEN, LTD. 35 E. Wacker, #1550 Chicago IL 60601-2207 | 05/06/2009 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $0.00 | $5.81 | $5.81 | $0.00 | $0.00 | $0.00 | $5.81 |
| | SCOTT & KRAUS LLC 150 S. Wacker Dr.#2900 Chicago IL 60606 | | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $261.21 | $261.21 | $0.00 | $0.00 | $0.00 | $261.21 |
| **Claim Notes:** | pursuant to court order of 11.25.2008 | | | | | | | | | | | |
| | SCOTT & KRAUS LLC 150 S. Wacker Dr.#2900 Chicago IL 60606 | 02/19/2011 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $261.72 | $261.72 | $0.00 | $0.00 | $0.00 | $261.72 |
| **Claim Notes:** | expenses awarded Scott & Kraus per 11.25.08 order | | | | | | | | | | | |
| 1 | CITIBANK SOUTH DAKOTA NA Assoc Shell Payment Center 4300 Westown Parkway West Des Moines, IA 50266 | 09/08/2004 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $685.38 | $685.38 | $0.00 | $0.00 | $0.00 | $685.38 |

CLAIM ANALYSIS REPORT

| Case No. | 04-18350 | | | | | | | Trustee Name: | Horace Fox, Jr. | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | GAWLICKI & HUSSEY, INC., | | | | | | | Date: | 2/21/2011 | | |
| Claims Bar Date: | 01/27/2005 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | MILLER COOPER/MILLER COOPER & CO.<br>Jim Stevenson<br>650 Dundee Road, Suite 250<br>Northbrook IL 60062-2759 | 11/15/2004 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,389.95 | $7,389.95 | $0.00 | $0.00 | $0.00 | $7,389.95 |
| 3A | CHGO DIST COUN OF CARPENTERS PENSIO<br>Fund et al<br>Bruce C Scalambrino<br>Scalambrino & Arnoff<br>33 North LaSalle Street Suite 1210<br>Chicago IL 60602 | 11/22/2004 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,441.42 | $20,441.42 | $0.00 | $0.00 | $0.00 | $20,441.42 |

**Claim Notes:** unsecured portion of unpaid pension fund contribution

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3B | CHGO DIST COUN OF CARPENTERS PENSIO<br>Fund et al<br>Bruce C Scalambrino<br>Scalambrino & Arnoff<br>33 North LaSalle Street Suite 1210<br>Chicago IL 60602 | 11/22/2004 | Contributions to Employee Benefit Plan | Allowed | 5400-000 | $0.00 | $44,266.86 | $44,266.86 | $0.00 | $0.00 | $0.00 | $44,266.86 |

**Claim Notes:** unsecured priority portion of unpaid pension fund contribution

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4 | COUNTRY INSURANCE & FINANCIAL SERVI<br>Susan Hoselhorn<br>POB 2100<br>Bloomington IL 61702 | 11/24/2004 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $21,050.60 | $21,050.60 | $0.00 | $0.00 | $0.00 | $21,050.60 |
| 5 | SPEEDWAY SUPERAMERICA LLC SUBSIDIAR<br>of Marathon Ashland Petroleum LLC<br>Attn Credit Card Ctr<br>PO Box 1590<br>Springfield OH 45501 | 12/07/2004 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,725.17 | $4,725.17 | $0.00 | $0.00 | $0.00 | $4,725.17 |

| Case No.         | 04-18350              | Trustee Name: | Horace Fox, Jr. |
|------------------|-----------------------|---------------|-----------------|
| Case Name:       | GAWLICKI & HUSSEY, INC., | Date:       | 2/21/2011       |
| Claims Bar Date: | 01/27/2005            |               |                 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | AMERICAN EXPRESS BANK FSB<br>c/o Becket & Lee<br>PO Box 3001<br>Malvern PA 19355 | 12/13/2004 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,738.75 | $5,738.75 | $0.00 | $0.00 | $0.00 | $5,738.75 |
| 7 | AMERICAN EXPRESS BANK FSB<br>c/o Becket & Lee<br>PO Box 3001<br>Malvern PA 19355 | 12/13/2004 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,843.86 | $10,843.86 | $0.00 | $0.00 | $0.00 | $10,843.86 |
| 8 | AMERICAN EXPRESS BANK FSB<br>c/o Becket & Lee<br>PO Box 3001<br>Malvern PA 19355 | 12/13/2004 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $27,076.94 | $27,076.94 | $0.00 | $0.00 | $0.00 | $27,076.94 |
| 9 | I N R BEATTY LUMBER CO<br>Attn Robert Dolezal<br>11950 S Harlem Ave<br>Suite 201<br>Palos Heights IL 60463 | 01/24/2005 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,870.90 | $2,870.90 | $0.00 | $0.00 | $0.00 | $2,870.90 |
| 10A | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>230 S Dearborn<br>Stop 5016-CHI<br>Chicago IL 60604 | 01/24/2005 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $59,708.61 | $59,708.61 | $0.00 | $0.00 | $0.00 | $59,708.61 |

**Claim Notes:** Claims 10 and 11 are duplicates. 11 will be objected to. 10.1 stands.

| 10B | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>230 S Dearborn<br>Stop 5016-CHI<br>Chicago IL 60604 | 01/24/2005 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $254,583.75 | $254,583.75 | $0.00 | $0.00 | $0.00 | $254,583.75 |

**Claim Notes:** unsecured priority portion of income taxes

CLAIM ANALYSIS REPORT

Page No: 4     Exhibit C

| Case No. | 04-18350 | | | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | GAWLICKI & HUSSEY, INC., | | | | | | | | | Date: | 2/21/2011 |
| Claims Bar Date: | 01/27/2005 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11A | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>230 S Dearborn<br>Stop 5016-CHI<br>Chicago IL 60604 | 01/24/2005 | General Unsecured 1 | Disallowed | 7100-000 | $0.00 | $59,708.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | disllowed and stricken order 4.29.09 | | | | | | | | | | | |
| 12 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>100 W. Randolph St., Suite 7-400<br>Chicago IL 60601 | 07/19/2005 | Other State or Local Taxes (non-pay | Allowed | 5800-000 | $0.00 | $37.72 | $37.72 | $0.00 | $0.00 | $0.00 | $37.72 |
| | | | | | | $531,541.02 | $471,832.41 | $3,209.57 | $0.00 | | $0.00 | $468,622.84 |

CLAIM ANALYSIS REPORT                              Page No: 5          Exhibit C

| Case No. | 04-18350 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | GAWLICKI & HUSSEY, INC., | | | Date: | 2/21/2011 |
| Claims Bar Date: | 01/27/2005 | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) | $5.81 | $5.81 | $0.00 | $0.00 | $0.00 | $5.81 |
| Accountant for Trustee Fees (Other Firm) | $2,623.00 | $2,623.00 | $0.00 | $0.00 | $0.00 | $2,623.00 |
| Attorney for Trustee Expenses (Other Firm) | $261.72 | $261.72 | $0.00 | $0.00 | $0.00 | $261.72 |
| Attorney for Trustee Expenses (Trustee Firm) | $261.21 | $261.21 | $0.00 | $0.00 | $0.00 | $261.21 |
| Attorney for Trustee Fees (Other Firm) | $6,003.50 | $6,003.50 | $0.00 | $0.00 | $0.00 | $6,003.50 |
| Claims of Governmental Units - 507( | $254,583.75 | $254,583.75 | $0.00 | $0.00 | $0.00 | $254,583.75 |
| Contributions to Employee Benefit Plan | $44,266.86 | $44,266.86 | $0.00 | $0.00 | $0.00 | $44,266.86 |
| General Unsecured 1 | $59,708.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured 726(a)(2) | $160,531.58 | $160,531.58 | $0.00 | $0.00 | $0.00 | $160,531.58 |
| Other State or Local Taxes (non-pay | $37.72 | $37.72 | $0.00 | $0.00 | $0.00 | $37.72 |
| Trustee Compensation | $3,257.26 | $3,257.26 | $3,209.57 | $0.00 | $0.00 | $47.69 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 04-18350
Case Name: Gawlicki & Hussey, Inc.
Trustee Name: Horace Fox, Jr.

| | |
|---|---:|
| Balance on hand: | $16,787.57 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $16,787.57 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $3,257.26 | $3,209.57 | $47.69 |
| Scott & Kraus LLC, Attorney for Trustee Fees | $6,003.50 | $0.00 | $6,003.50 |
| Scott & Kraus LLC, Attorney for Trustee Expenses | $261.21 | $0.00 | $261.21 |
| Popowcer Katten, Ltd., Accountant for Trustee Fees | $2,623.00 | $0.00 | $2,623.00 |
| Popowcer Katten, Ltd., Accountant for Trustee Expenses | $5.81 | $0.00 | $5.81 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $8,941.21 |
| Remaining balance: | $7,846.36 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $7,846.36 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $298,888.33 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. | Interim | Proposed |
|---|---|---|---|---|

|   |   | of Claim | Payments to Date | Payment |
|---|---|---|---|---|
| 3B | CHGO DIST COUN OF CARPENTERS PENSIO | $44,266.86 | $0.00 | $7,846.36 |
| 10B | DEPARTMENT OF THE TREASURY | $254,583.75 | $0.00 | $0.00 |
| 12 | ILLINOIS DEPARTMENT OF REVENUE | $37.72 | $0.00 | $0.00 |

                    Total to be paid to priority claims:    $7,846.36
                    Remaining balance:    $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $160,531.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | CITIBANK SOUTH DAKOTA NA | $685.38 | $0.00 | $0.00 |
| 2 | MILLER COOPER/MILLER COOPER & CO. | $7,389.95 | $0.00 | $0.00 |
| 3A | CHGO DIST COUN OF CARPENTERS PENSIO | $20,441.42 | $0.00 | $0.00 |
| 4 | COUNTRY INSURANCE & FINANCIAL SERVI | $21,050.60 | $0.00 | $0.00 |
| 5 | SPEEDWAY SUPERAMERICA LLC SUBSIDIAR | $4,725.17 | $0.00 | $0.00 |
| 6 | AMERICAN EXPRESS BANK FSB | $5,738.75 | $0.00 | $0.00 |
| 7 | AMERICAN EXPRESS BANK FSB | $10,843.86 | $0.00 | $0.00 |
| 8 | AMERICAN EXPRESS BANK FSB | $27,076.94 | $0.00 | $0.00 |
| 9 | I N R BEATTY LUMBER CO | $2,870.90 | $0.00 | $0.00 |
| 10A | DEPARTMENT OF THE TREASURY | $59,708.61 | $0.00 | $0.00 |

                    Total to be paid to timely general unsecured claims:    $0.00
                    Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims

have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |