**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

In re:  §  Case No. 04-18350
  §
Gawlicki & Hussey, Inc.  §
  §
  §
  §
 Debtor(s)  §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on 3/22/2011 at 10:00, in Courtroom 744, 219 S Dearborn Chicago, IL 60404 United States Courthouse. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   02/28/2011        By:  /s/ Horace Fox, Jr.
                                      (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 04-18350 |
| | § | |
| Gawlicki & Hussey, Inc. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $25,072.59
*and approved disbursements of* $8,285.02
*leaving a balance on hand of[1]:* $16,787.57

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $16,787.57

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $3,257.26 | $3,209.57 | $47.69 |
| Scott & Kraus LLC, Attorney for Trustee Fees | $6,003.50 | $0.00 | $6,003.50 |
| Scott & Kraus LLC, Attorney for Trustee Expenses | $261.21 | $0.00 | $261.21 |
| Popowcer Katten, Ltd., Accountant for Trustee Fees | $2,623.00 | $0.00 | $2,623.00 |
| Popowcer Katten, Ltd., Accountant for Trustee Expenses | $5.81 | $0.00 | $5.81 |

Total to be paid for chapter 7 administrative expenses: $8,941.21

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|  |  | Remaining balance: | $7,846.36 |
|---|---|---:|---:|

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $7,846.36 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $298,888.33 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 3B | CHGO DIST COUN OF CARPENTERS PENSIO | $44,266.86 | $0.00 | $7,846.36 |
| 10B | DEPARTMENT OF THE TREASURY | $254,583.75 | $0.00 | $0.00 |
| 12 | ILLINOIS DEPARTMENT OF REVENUE | $37.72 | $0.00 | $0.00 |

|  | Total to be paid to priority claims: | $7,846.36 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $160,531.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | CITIBANK SOUTH DAKOTA NA | $685.38 | $0.00 | $0.00 |
| 2 | MILLER COOPER/MILLER COOPER & CO. | $7,389.95 | $0.00 | $0.00 |

**UST-Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 3A | CHGO DIST COUN OF CARPENTERS PENSIO | $20,441.42 | $0.00 | $0.00 |
| 4 | COUNTRY INSURANCE & FINANCIAL SERVI | $21,050.60 | $0.00 | $0.00 |
| 5 | SPEEDWAY SUPERAMERICA LLC SUBSIDIAR | $4,725.17 | $0.00 | $0.00 |
| 6 | AMERICAN EXPRESS BANK FSB | $5,738.75 | $0.00 | $0.00 |
| 7 | AMERICAN EXPRESS BANK FSB | $10,843.86 | $0.00 | $0.00 |
| 8 | AMERICAN EXPRESS BANK FSB | $27,076.94 | $0.00 | $0.00 |
| 9 | I N R BEATTY LUMBER CO | $2,870.90 | $0.00 | $0.00 |
| 10A | DEPARTMENT OF THE TREASURY | $59,708.61 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST-Form 101-7-NFR (10/1/2010)**

Prepared By:   /s/ Horace Fox, Jr.
Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 04-18350-ERW
Gawlicki & Hussey Inc                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: cgreen              Page 1 of 2              Date Rcvd: Mar 01, 2011
                               Form ID: pdf006           Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2011.
```
db          +Gawlicki & Hussey Inc,    4639 West 120th Street,    Alsip, IL 60803-2316
aty         +Eugene S. Kraus,    Scott & Kraus, LLC,    150 South Wacker Drive,    Suite 2900,
              Chicago, IL 60606-4206
aty         +James M McArdle,    Scott & Kraus, LLC,    150 South Wacker Drive,    Suite 2900,
              Chicago, IL 60606-4206
aty         +Jason R. Sleezer,    Scott & Kraus, LLC,    150 S. Wacker Drive,    Suite 2900,
              Chicago, IL 60606-4206
aty         +Scalambrino & Arnoff,    Scalambrino & Arnoff,    33 North Lasalle Street Suite 1210,
              Chicago, IL 60602-3416
8309588     +American Express,    c/o Becket & Lee,    PO Box 001,    Malvern, PA 19355-0001
8309589     +American Express Bank FSB,    c/o Becket & Lee,    PO Box 3001,    Malvern, PA 19355-0701
8309590     +Arleen Gawlicki,    19324 Packer Road,    Mokena, IL 60448-9794
8309593      Blue Cross/Shield,    Blue Cross Blue Shield,    P.O. Box 1186,    Chicago, IL 60690-1186
8309594     +Cellular One,    Cingular Wireless,    P.O. Box 806055,    Chicago, IL 60680-4121
8309595     +Chg Dis Benefit Fund,    Dng Dis Cncl of Carp Benefit,    12 E. Erie,    Chicago, IL 60611-2795
8712005     +Chgo Dist Coun of Carpenters Pension Fund et al,     Bruce C Scalambrino,    Scalambrino & Arnoff,
              33 North LaSalle Street Suite 1210,    Chicago, IL 60602-3416
8196094     +Chicago District Council of Carpenters Pension Fun,     12 E Erie Street,    Chicago, IL 60611-2767
8196093      Chicago District Council of Carpenters Welfare Fun,     12 E Seri Street,    Chicago, IL 60611
8196092     +Chicago and Northeast Illinois District Coucil of,     Carpenters Apprentice,    12 E Erie Street,
              Chicago IL 60611-2767
8309615     +Citibank South Dakota NA,    Assoc Shell Payment Center,    4300 Westown Parkway,
              West Des Moines, IA 50266-1266
8309596      Country Companies Country Mut Insur,    Tom Geraghty,    P.O. Box 2100,
              Bloomington, IL 61702-2100
8722077     +Country Insurance & Financial Services,    Susan Hoselhorn,    POB 2100,
              Bloomington IL 61702-2100
8309597     +Emro,    Emro Marketing Company,    P.O. Box 1590,    Springfield, OH 45501-1590
8309598     +Erickson's Flooring & Supply,    Ralph Sharp,    1013 Orchard,    Ferndale, MI 48220-1438
8309599      Fed Exp,    P.O. Box 1140,   Memphis, TN 38101-1140
8309600      GMAC,    P.O. Box 217060,    Auburn Hills, MI 48321
8309603      Home Depot,    P.O. Box 6029,    The Lakes, NV 88901-6029
8309604     +Hunter Hardwoods,    4639 W. 120th Street,    Alsip, IL 60803-2316
9596874     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,     Bankruptcy Section,
              100 W. Randolph St., Suite 7-400,    Chicago, IL   60601)
8874254     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
              (address filed with court: Department of the Treasury,     Internal Revenue Service,
              230 S Dearborn,    Stop 5016-CHI,    Chicago, IL 60604)
8309605      Ill State Toll Highway Authority,    135 S. LaSalle St,    Dept 8021,    Chicago, IL 60674-8021
8309606     +Internal Revenue,    C Freeman,    3615 Park Drive, Bldg. 6,    Olympia Fields, IL 60461-1186
8309607     +Merle B. Smith,    Merle B. Smith Company,    161 Tower Dr., Unite B,    Hinsdale, IL 60527-5776
8309608     +Michael A. Tunney & Associates,    8000 W. 159th St.,    Suite 2 South,
              Orland Park, IL 60462-7925
8309609     +Mike Foley,    Foley & Foley,    9644 S. Hamilton,    Chicago, IL 60643-1631
8309610      Miller Cooper/Miller Cooper & Co.,    Jim Stevenson,    650 Dundee Road, Suite 250,
              Northbrook, IL 60062-2759
8309612     +Pick's,    119 Westwood Drive,    Park Forest, IL 60466-1333
8751416     +Speedway SuperAmerica LLC subsidiary,    of Marathon Ashland Petroleum LLC,    Attn Credit Card Ctr,
              PO Box 1590,    Springfield, OH 45501-1590
8309616     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank,     P.O. Box 790408,    Saint Louis, MO 63179-0408)
8309617     +Walsh Tile Co.,    7968 S. Madison St,    Hinsdale, IL 60527-5806
8309618     +Whelan,    Michael C. Whelan,    770 Lee Street #202,    Des Plaines, IL 60016-6468
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +E-mail/Text: HFOX@LEHMANFOX.COM Mar 02 2011 00:32:00      Horace Fox, JR,    Lehman & Fox,
              6 E Monroe St,    Chicago, IL 60603-2704
8309611     +E-mail/Text: bankrup@nicor.com Mar 02 2011 00:30:43      NICOR,    P.O. Box 416,
              Aurora, IL 60507-0416
8309613      E-mail/Text: bankruptcy@pb.com Mar 02 2011 00:31:51      Pitney Bowes,    P.O. Box 856042,
              Louisville, KY 40285-6042
8309614     +E-mail/Text: bankruptcy@pb.com Mar 02 2011 00:31:52      Pitney Bowes Credit,    P.O. Box 856460,
              Louisville, KY 40285-6460
                                                                                              TOTAL: 4
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Scott & Kraus

```
District/off: 0752-1              User: cgreen              Page 2 of 2              Date Rcvd: Mar 01, 2011
                                  Form ID: pdf006           Total Noticed: 41

aty*         +Horace Fox, JR,   Lehman & Fox,   6 E Monroe St,   Chicago, IL 60603-2704
8309591*     +Arleen Gawlicki,   19324 Packer Road,   Mokena, IL 60448-9794
8309601*      GMAC,   P.O. Box 217060,   Auburn Hills, MI 48321
8309602*      GMAC,   P.O. Box 217060,   Auburn Hills, MI 48321
8309592     ##+I N R Beatty Lumber Co,   Attn Robert Dolezal,   11950 S Harlem Ave,   Suite 201,
              Palos Heights, IL 60463-1161
                                                                                            TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 03, 2011**                    **Signature:**     _Joseph Speetjens_