UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 04-18350 |
| | § | |
| Gawlicki & Hussey, Inc. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $27,090.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $7,846.36 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $17,226.23 | | |

3) Total gross receipts of $25,072.59 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,072.59 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $17,226.23 | $17,226.23 | $17,226.23 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $298,888.33 | $298,888.33 | $7,846.36 |
| General Unsecured Claims (from **Exhibit 7**) | $308,248.96 | $220,240.19 | $160,531.58 | $0.00 |
| **Total Disbursements** | $308,248.96 | $536,354.75 | $476,646.14 | $25,072.59 |

4). This case was originally filed under chapter 7 on 05/10/2004. The case was pending for 87 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/02/2011                    By:    /s/ Horace Fox, Jr.
                                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| receivables due from floor jobs/partially abandoned by order of 8.13.08 | 1221-000 | $24,578.88 |
| Interest Asset | 1270-000 | $493.71 |
| **TOTAL GROSS RECEIPTS** | | **$25,072.59** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

## EXHIBIT 3 – SECURED CLAIMS

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HORACE FOX, JR., Trustee | 2100-000 | NA | $3,257.26 | $3,257.26 | $3,257.26 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $18.31 | $18.31 | $18.31 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $13.22 | $13.22 | $13.22 |
| International Sureties, LTD. | 2300-000 | NA | $27.52 | $27.52 | $27.52 |
| INTERNATIONAL SURITIES, LTD | 2300-000 | NA | $16.40 | $16.40 | $16.40 |
| Scott & Kraus LLC, Attorney for Trustee | 3120-000 | NA | $261.21 | $261.21 | $261.21 |
| Scott & Kraus LLC, Attorney for Trustee | 3210-000 | NA | $6,003.50 | $6,003.50 | $6,003.50 |
| Popowcer Katten, Ltd., Accountant for Trustee | 3410-000 | NA | $2,623.00 | $2,623.00 | $2,623.00 |
| Popowcer Katten, Ltd., Accountant for Trustee | 3420-000 | NA | $5.81 | $5.81 | $5.81 |
| COLLECTION INDUSTRY.COM, Auctioneer for Trustee | 3620-000 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $17,226.23 | $17,226.23 | $17,226.23 |

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3B | CHGO DIST COUN OF CARPENTERS PENSIO | 5400-000 | NA | $44,266.86 | $44,266.86 | $7,846.36 |
| 10B | DEPARTMENT OF THE TREASURY | 5800-000 | NA | $254,583.75 | $254,583.75 | $0.00 |
| 12 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | $37.72 | $37.72 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $298,888.33 | $298,888.33 | $7,846.36 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CITIBANK SOUTH DAKOTA NA | 7100-000 | NA | $685.38 | $685.38 | $0.00 |
| 2 | MILLER COOPER/MILLER COOPER & CO. | 7100-000 | $1,725.00 | $7,389.95 | $7,389.95 | $0.00 |
| 3A | CHGO DIST COUN OF CARPENTERS PENSIO | 7100-000 | NA | $20,441.42 | $20,441.42 | $0.00 |
| 4 | COUNTRY INSURANCE & FINANCIAL SERVI | 7100-000 | $6,394.42 | $21,050.60 | $21,050.60 | $0.00 |
| 5 | SPEEDWAY SUPERAMERICA LLC SUBSIDIAR | 7100-000 | NA | $4,725.17 | $4,725.17 | $0.00 |
| 6 | AMERICAN EXPRESS BANK FSB | 7100-000 | $5,988.75 | $5,738.75 | $5,738.75 | $0.00 |
| 7 | AMERICAN EXPRESS BANK FSB | 7100-000 | NA | $10,843.86 | $10,843.86 | $0.00 |
| 8 | AMERICAN EXPRESS | 7100-000 | $25,420.40 | $27,076.94 | $27,076.94 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | BANK FSB | | | | | |
| 9 | I N R BEATTY LUMBER CO | 7100-000 | NA | $2,870.90 | $2,870.90 | $0.00 |
| 10A | DEPARTMENT OF THE TREASURY | 7100-000 | NA | $59,708.61 | $59,708.61 | $0.00 |
| 11A | DEPARTMENT OF THE TREASURY | 7100-000 | NA | $59,708.61 | $0.00 | $0.00 |
| | Arleen Gawlicki | 7100-000 | $67,220.06 | NA | NA | $0.00 |
| | Arleen Gawlicki | 7100-000 | $40,000.00 | NA | NA | $0.00 |
| | Beatty Lumber co. | 7100-000 | $2,653.43 | NA | NA | $0.00 |
| | Blue cross Blue Shield | 7100-000 | $1,721.65 | NA | NA | $0.00 |
| | Cellular One | 7100-000 | $24.53 | NA | NA | $0.00 |
| | chg Dis Benefit Fund | 7100-000 | $78,385.70 | NA | NA | $0.00 |
| | Emro Marketing co | 7100-000 | $2,030.46 | NA | NA | $0.00 |
| | Erickson's Flooring & supply | 7100-000 | $2,407.74 | NA | NA | $0.00 |
| | Fed Ex | 7100-000 | $8.52 | NA | NA | $0.00 |
| | Home Depot | 7100-000 | $4,805.24 | NA | NA | $0.00 |
| | Hunter Hardwood | 7100-000 | $40,758.57 | NA | NA | $0.00 |
| | IL state Toll Highway | 7100-000 | $409.00 | NA | NA | $0.00 |
| | Merie B. Smith | 7100-000 | $20,458.15 | NA | NA | $0.00 |
| | Mike Foley | 7100-000 | $930.00 | NA | NA | $0.00 |
| | Nicor | 7100-000 | $745.11 | NA | NA | $0.00 |
| | Pitney Bowes | 7100-000 | $94.37 | NA | NA | $0.00 |
| | Pitney Bowes credit | 7100-000 | $253.27 | NA | NA | $0.00 |
| | Shell Oil Co. | 7100-000 | $486.29 | NA | NA | $0.00 |
| | U.S. Bank | 7100-000 | $4,288.30 | NA | NA | $0.00 |
| | Walsh Title Co. | 7100-000 | $75.00 | NA | NA | $0.00 |
| | Whelan Michael C. Whelan | 7100-000 | $965.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $308,248.96 | $220,240.19 | $160,531.58 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| | | |
|---|---|---|
| Case No.: | 04-18350 | |
| Case Name: | GAWLICKI %26 HUSSEY, INC., | |
| For the Period Ending: | 9/2/2011 | |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Date Filed (f) or Converted (c): | 05/10/2004 (f) |
| §341(a) Meeting Date: | 09/21/2004 |
| Claims Bar Date: | 01/27/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| 2  computer | $50.00 | $50.00 | OA | $0.00 | FA |
| 3  receivables due from floor jobs/partially abandoned by order of 8.13.08 | $193,879.22 | $193,879.22 | | $24,578.88 | FA |
| 4  VOID | $0.00 | $0.00 | | $0.00 | FA |
| 5  office equipment | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** scheduled at zero | | | | | |
| 6  machinery and equipment/ abandoned order of 3.3.05 | $2,040.00 | $1,000.00 | OA | $0.00 | FA |
| **Asset Notes:** 5 compressors @ 250 each, 3 miter saws $150.00 1 Dewalt miter saw 100, 7 floor nailers___ 2 staplers 150.00, 1 pwr nailer $50.00, 4 file cabs 30.00, 10" table saw 100.00,2 Mikata table saws, 125.00,2 pwr top nailers, 50.001 framing nailer 35.00, 1 computer 2 desks, the equipment was old. Cost of moving was more than the value. | | | | | |
| 7  2003 Chevy Van | $10,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** order of 3.3.05 | | | | | |
| 8  Chevy Astro 2002 | $10,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** order of 3.3.05 | | | | | |
| 9  chevy venture 2001 | $5,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** order of 3.3.05 | | | | | |
| INT  Interest Asset | Unknown | Unknown | | $493.71 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                    **Gross Value of Remaining Assets**
                                              $220,969.22            $194,929.22                                     $25,072.59                      $0.00

**Major Activities affecting case closing:**

Collection of assets continues. Got order to retain auctioneer to auction debt on-line and live auction and to spend up to $5,000.00 as expenses. receivables have been offered several times, fetching no acceptable price, Since the fall of 2006.

Object to claim 12, status 5.13.08.

motion to abandon receivables set 7.22.08. Order entered abandoning a/r. Ask acct to file taxes and set motions for fees for 11.25.08 status.

Cont to 2.11.9 10:00 am need acct taxes and time. Prepare final report informed S &K of need to obj to dup claims 10 and 11.

Emailed Lois West forms 1 and 2.

Case 04-18350   Doc 83   Filed 09/13/11   Entered 09/13/11 15:05:15   Desc Main
Document   Page 7 of 15

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit 8

| **Case No.:** | 04-18350 | | | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | GAWLICKI %26 HUSSEY, INC., | | | | **Date Filed (f) or Converted (c):** | 05/10/2004 (f) |
| **For the Period Ending:** | 9/2/2011 | | | | **§341(a) Meeting Date:** | 09/21/2004 |
| | | | | | **Claims Bar Date:** | 01/27/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Status 2.18.09. Objections to be filed shortly thereafter. Taxes ready 2.20.09

E-mailed final report to UST 5.6.09.  Last claim objection ruled on 4.29.09

Status 6.3.09.


10.03.10

Look at multiple IRS claims and objections, distribution report and notice fr.

Check status final report with UST.  Reviewed amended  final report on new forms incorporating 10.1.10 changes.  Correct accountant fee. 11.11.10

**Initial Projected Date Of Final Report (TFR):** 12/31/2006     **Current Projected Date Of Final Report (TFR):** 04/30/2010     /s/ HORACE FOX, JR.
                                                                                                                                 HORACE FOX, JR.

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-18350 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | GAWLICKI %26 HUSSEY, INC., | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******3362 | Money Market Acct #: | ******8110 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MONEY MARKET |
| For Period Beginning: | 5/10/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/18/2004 | (3) | KNICKERBOCKER ROOFING & PAVING CO., | Knickerbocker roof | 1221-000 | $2,000.00 | | $2,000.00 |
| 06/18/2004 | (3) | DELAURA, INC | receivables due from floor jobs/partially abandoned by order of 8.13.08 | 1221-000 | $1,175.00 | | $3,175.00 |
| 06/30/2004 | (INT) | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | $0.05 | | $3,175.05 |
| 07/21/2004 | (3) | WILSHIRE DEV. CORP. | receivables due from floor jobs/partially abandoned by order of 8.13.08 | 1221-000 | $5,827.50 | | $9,002.55 |
| 07/21/2004 | (3) | WILSHIRE DEV. CORP. | receivables due from floor jobs/partially abandoned by order of 8.13.08 | 1221-000 | $886.00 | | $9,888.55 |
| 07/21/2004 | (3) | WAYVAN, INC. | receivables due from floor jobs/partially abandoned by order of 8.13.08 | 1221-000 | $2,834.00 | | $12,722.55 |
| 07/21/2004 | (3) | KRUPP CM, INC. | receivables due from floor jobs/partially abandoned by order of 8.13.08 | 1221-000 | $2,100.75 | | $14,823.30 |
| 07/21/2004 | (3) | FOREST GATE INC. | receivables due from floor jobs/partially abandoned by order of 8.13.08 | 1221-000 | $5,307.00 | | $20,130.30 |
| 07/30/2004 | (INT) | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | $0.54 | | $20,130.84 |
| 08/31/2004 | (INT) | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | $1.71 | | $20,132.55 |
| 09/30/2004 | (INT) | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | $1.65 | | $20,134.20 |
| 10/11/2004 | (3) | C T & T | 602 N. Garfield/RW Christian Inc. | 1221-000 | $4,264.43 | | $24,398.63 |
| 10/11/2004 | (3) | COX CONTRUCTION CO., INC. | Sharp floors | 1221-000 | $184.20 | | $24,582.83 |
| 10/29/2004 | (INT) | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | $1.92 | | $24,584.75 |
| 11/30/2004 | (INT) | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | $2.02 | | $24,586.77 |
| 12/31/2004 | (INT) | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | $2.08 | | $24,588.85 |
| 01/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | $2.09 | | $24,590.94 |
| 02/18/2005 | 101 | INTERNATIONAL SURETIES LTD | bond premium | 2300-000 | | $17.96 | $24,572.98 |
| 02/18/2005 | 101 | Reverses Check # 101 | bond premium | 2300-003 | | ($17.96) | $24,590.94 |
| 02/28/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $4.72 | | $24,595.66 |
| 03/24/2005 | 102 | INTERNATIONAL SURETIES LTD | bond payment | 2300-000 | | $18.31 | $24,577.35 |
| 03/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $5.22 | | $24,582.57 |
| | | | **SUBTOTALS** | | $24,600.88 | $18.31 | |

| Case No. | 04-18350 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GAWLICKI %26 HUSSEY, INC., | | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******3362 | | | Money Market Acct #: | ******8110 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 5/10/2004 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/05/2005 | 103 | HORACE FOX, JR. | interim trustee fees | 2100-000 | | $3,209.57 | $21,373.00 |
| 04/29/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $4.76 | | $21,377.76 |
| 05/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $4.55 | | $21,382.31 |
| 06/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $4.39 | | $21,386.70 |
| 07/29/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $4.54 | | $21,391.24 |
| 08/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $10.90 | | $21,402.14 |
| 09/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $10.55 | | $21,412.69 |
| 10/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $10.91 | | $21,423.60 |
| 11/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $10.57 | | $21,434.17 |
| 12/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $10.92 | | $21,445.09 |
| 01/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $10.93 | | $21,456.02 |
| 02/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $15.28 | | $21,471.30 |
| 03/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $18.24 | | $21,489.54 |
| 04/27/2006 | 104 | INTERNATIONAL SURITIES, LTD | bond premium | 2300-000 | | $16.40 | $21,473.14 |
| 04/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $17.66 | | $21,490.80 |
| 05/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $18.26 | | $21,509.06 |
| 06/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $17.68 | | $21,526.74 |
| 07/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $18.28 | | $21,545.02 |
| 07/31/2006 | 105 | COLLECTION INDUSTRY.COM | auctioneer expenses for internet and live auction sale of accounts recievables. | 3620-000 | | $5,000.00 | $16,545.02 |
| 08/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $15.42 | | $16,560.44 |
| 09/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.61 | | $16,574.05 |
| 10/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $14.08 | | $16,588.13 |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.63 | | $16,601.76 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $14.09 | | $16,615.85 |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $14.12 | | $16,629.97 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $12.76 | | $16,642.73 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $14.13 | | $16,656.86 |
| | | | SUBTOTALS | | $300.26 | $8,225.97 | |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 04-18350 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GAWLICKI %26 HUSSEY, INC., | | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******3362 | | | Money Market Acct #: | ******8110 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 5/10/2004 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/03/2007 | 106 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 | | $13.22 | $16,643.64 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.69 | | $16,657.33 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $14.15 | | $16,671.48 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.70 | | $16,685.18 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $14.18 | | $16,699.36 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $14.18 | | $16,713.54 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $10.64 | | $16,724.18 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $10.66 | | $16,734.84 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $2.09 | | $16,736.93 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $16,736.93 | $0.00 |
| | | | **TOTALS:** | | $24,994.43 | $24,994.43 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $16,736.93 | |
| | | | Subtotal | | $24,994.43 | $8,257.50 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $24,994.43 | $8,257.50 | |

| For the period of 5/10/2004 to 9/2/2011 | | For the entire history of the account between 06/18/2004 to 9/2/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $24,994.43 | Total Compensable Receipts: | $24,994.43 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,994.43 | Total Comp/Non Comp Receipts: | $24,994.43 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,257.50 | Total Compensable Disbursements: | $8,257.50 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,257.50 | Total Comp/Non Comp Disbursements: | $8,257.50 |
| Total Internal/Transfer Disbursements: | $16,736.93 | Total Internal/Transfer Disbursements: | $16,736.93 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 04-18350 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GAWLICKI %26 HUSSEY, INC., | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******3362 | | | Checking Acct #: | ******8350 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 5/10/2004 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From MMA # ******8350 | Transfer For Bond Payment | 9999-000 | $15.33 | | $15.33 |
| 04/02/2008 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $15.33 | $0.00 |
| 04/02/2009 | | Transfer From MMA # ******8350 | Transfer For Bond Payment | 9999-000 | $12.19 | | $12.19 |
| 04/02/2009 | | Transfer From MMA # ******8350 | Transfer For Bond Payment | 9999-000 | $12.19 | | $24.38 |
| 04/02/2009 | | Transfer To Acct#******8350 | | 9999-000 | | $12.19 | $12.19 |
| 04/02/2009 | 2002 | International Sureties, LTD. | Bond Payment | 2300-000 | | $12.19 | $0.00 |
| 04/02/2009 | 2002 | VOID: International Sureties, LTD. | | 2300-003 | | ($12.19) | $12.19 |
| 04/02/2009 | 2003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $12.19 | $0.00 |
| 05/20/2009 | | Transfer From: MMA # ******8350 | Transfer to Close Account | 9999-000 | $16,788.01 | | $16,788.01 |
| 05/21/2009 | | Transfer To Acct#******8350 | | 9999-000 | | $0.44 | $16,787.57 |
| 03/30/2011 | 2004 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $47.69 | $16,739.88 |
| 03/30/2011 | 2005 | Popowcer Katten, Ltd. | Final Dividend: 15.62; Amount Allowed: 2,623.00; | 3410-000 | | $2,623.00 | $14,116.88 |
| 03/30/2011 | 2006 | Scott & Kraus LLC | Final Dividend: 35.76; Amount Allowed: 6,003.50; | 3210-000 | | $6,003.50 | $8,113.38 |
| 03/30/2011 | 2007 | Popowcer Katten, Ltd. | Final Dividend: 0.03; Amount Allowed: 5.81; | 3420-000 | | $5.81 | $8,107.57 |
| 03/30/2011 | 2008 | Scott & Kraus LLC | Duplicate claim has been and the extra funds have been added to the priority claim. | 3220-000 | | $261.72 | $7,845.85 |
| 03/30/2011 | 2008 | VOID: Scott & Kraus LLC | Duplicate claim has been and the extra funds have been added to the priority claim. | 3220-003 | | ($261.72) | $8,107.57 |
| 03/30/2011 | 2009 | Scott & Kraus LLC | Final Dividend: 1.55; Amount Allowed: 261.21; | 3120-000 | | $261.21 | $7,846.36 |
| 03/30/2011 | 2010 | CHGO DIST COUN OF CARPENTERS PENSIO | Final Claim #: 3; Dividend: 45.18; Amount Allowed: 44,266.86; | 5400-000 | | $7,846.36 | $0.00 |
| | | | | **SUBTOTALS** | $16,827.72 | $16,827.72 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 04-18350 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GAWLICKI %26 HUSSEY, INC., | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******3362 | | Checking Acct #: | ******8350 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/10/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | **TOTALS:** | | $16,827.72 | $16,827.72 | $0.00 |
| | | | | **Less: Bank transfers/CDs** | | $16,827.72 | $12.63 | |
| | | | | **Subtotal** | | $0.00 | $16,815.09 | |
| | | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | | **Net** | | $0.00 | $16,815.09 | |

**For the period of 5/10/2004 to 9/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $16,827.72 |
| | |
| Total Compensable Disbursements: | $16,815.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,815.09 |
| Total Internal/Transfer Disbursements: | $12.63 |

**For the entire history of the account between 03/31/2008 to 9/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $16,827.72 |
| | |
| Total Compensable Disbursements: | $16,815.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,815.09 |
| Total Internal/Transfer Disbursements: | $12.63 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-18350 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GAWLICKI %26 HUSSEY, INC., | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******3362 | | Money Market Acct #: | ******8350 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 5/10/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $16,736.93 | | $16,736.93 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $6.33 | | $16,743.26 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $8.53 | | $16,751.79 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $8.10 | | $16,759.89 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $6.64 | | $16,766.53 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $6.51 | | $16,773.04 |
| 04/02/2008 | | Transfer To  # ******8350 | Transfer For Bond Payment | 9999-000 | | $15.33 | $16,757.71 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $5.49 | | $16,763.20 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $5.68 | | $16,768.88 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $5.50 | | $16,774.38 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $5.27 | | $16,779.65 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $4.26 | | $16,783.91 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $4.13 | | $16,788.04 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $3.26 | | $16,791.30 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.16 | | $16,793.46 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.79 | | $16,795.25 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.43 | | $16,796.68 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.29 | | $16,797.97 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.10 | | $16,799.07 |
| 04/02/2009 | | Transfer From  Acct#******8350 | | 9999-000 | $12.19 | | $16,811.26 |
| 04/02/2009 | | Transfer To  # ******8350 | Transfer For Bond Payment | 9999-000 | | $12.19 | $16,799.07 |
| 04/02/2009 | | Transfer To  # ******8350 | Transfer For Bond Payment | 9999-000 | | $12.19 | $16,786.88 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.69 | | $16,787.57 |
| 05/20/2009 | (INT) | STERLING BANK | Account Closing Interest As Of 5/20/2009 | 1270-000 | $0.44 | | $16,788.01 |
| 05/20/2009 | | Transfer To:  # ******8350 | Transfer to Close Account | 9999-000 | | $16,788.01 | $0.00 |
| 05/21/2009 | | Transfer From  Acct#******8350 | | 9999-000 | $0.44 | | $0.44 |
| 05/21/2009 | | DEP REVERSE: STERLING BANK | | 1270-000 | ($0.44) | | $0.00 |

| | | | **SUBTOTALS** | | $16,827.72 | $16,827.72 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-18350 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GAWLICKI %26 HUSSEY, INC., | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******3362 | | Money Market Acct #: | ******8350 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 5/10/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $16,827.72 | $16,827.72 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs |  | $16,749.56 | $16,827.72 | |
|  |  |  | **Subtotal** |  | $78.16 | $0.00 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $78.16 | $0.00 | |

| For the period of **5/10/2004** to **9/2/2011** | | For the entire history of the account between **11/08/2007** to **9/2/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $78.16 | Total Compensable Receipts: | $78.16 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $78.16 | Total Comp/Non Comp Receipts: | $78.16 |
| Total Internal/Transfer Receipts: | $16,749.56 | Total Internal/Transfer Receipts: | $16,749.56 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $16,827.72 | Total Internal/Transfer Disbursements: | $16,827.72 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 04-18350 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GAWLICKI %26 HUSSEY, INC., | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******3362 | | Money Market Acct #: | ******8350 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 5/10/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $25,072.59 | $25,072.59 | $0.00 |

**For the period of 5/10/2004 to 9/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $25,072.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,072.59 |
| Total Internal/Transfer Receipts: | $33,577.28 |
| | |
| Total Compensable Disbursements: | $25,072.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,072.59 |
| Total Internal/Transfer Disbursements: | $33,577.28 |

**For the entire history of the case between 05/10/2004 to 9/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $25,072.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,072.59 |
| Total Internal/Transfer Receipts: | $33,577.28 |
| | |
| Total Compensable Disbursements: | $25,072.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,072.59 |
| Total Internal/Transfer Disbursements: | $33,577.28 |